# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GIESECKE & DEVRIENT GMBH, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 1:17-cv-01812-MCW <br> ) <br> ) Judge Mary Ellen Coster Williams |
| THE UNITED STATES, | ) <br> ) |
| Defendant. | ) <br> ) |

## HID GLOBAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, HID Global Corporation, a noticed non-party in the above-captioned case, hereby discloses that:

ASSA ABLOY AB is the ultimate parent company of HID Global Corporation. No publicly traded company other than ASSA ABLOY AB owns 10% or more of HID Global Corporation.

Dated: May 21, 2018                                             Respectfully Submitted,


                                                                */s/* Lionel M. Lavenue
                                                                Lionel M. Lavenue
                                                                FINNEGAN, HENDERSON, FARABOW,
                                                                 GARRETT & DUNNER, LLP
                                                                Two Freedom Square
                                                                11955 Freedom Drive
                                                                Reston, VA 20190
                                                                Phone: (571) 203-2700
                                                                Fax: (202) 408-4400

                                                                *Attorney for HID Global Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to counsel of record who have appeared in this case on behalf of the identified parties.

                                            */s/ Lionel M. Lavenue*
                                            Lionel M. Lavenue
                                            FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, LLP
                                            Two Freedom Square
                                            11955 Freedom Drive
                                            Reston, VA 20190
                                            Phone: (571) 203-2700
                                            Fax: (202) 408-4400

                                            *Attorney for HID Global Corporation*